## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 cv 02226            Purchased/Filed: March 6, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT

*Recycling and General Industrial Union Local 108 Welfare Fund, et al*     Plaintiff

against

*Tarrytown R&T Corp.*     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ March 11, 2008 _____, at _____ 2:00pm _____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint on

_____ Tarrytown R&T Corp. _____, the Defendant in this action, by delivering to and leaving with _____ Carol Vogt _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, _____ 2 _____ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service was made pursuant to Section _____ 306 Business Corporation Law _____.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: _____ 43 _____    Approx. Wt: _____ 118 _____    Approx. Ht: _____ 5' _____
Color of skin: _____ White _____    Hair color: _____ Brown _____    Sex: _____ F _____    Other: _____

Sworn to before me on this

_____ 13th _____ day of _____ March, 2008 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0802473

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**