UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                                                             :

RECYCLING AND GENERAL INDUSTRIAL
UNION LOCAL 108 WELFARE FUND, by its
Trustees Michael Hellstrom, Joseph Bianco, Kevin
Walton, and Joseph LoVerde, *et al.*,

                          Plaintiffs,

        - against -

TARRYTOWN R&T CORP.,

                         Defendant.

------------------------------------------------------------------- x

Civil Action No.
08-CV-02226-RJS

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel appears as co-counsel on behalf of all plaintiffs; is admitted in this Court; and files this Notice so as to receive e-mail notification through the ECF system of all future filings at bsollars@cwsny.com.

Dated: March 24, 2008
       New York, New York

                                              By:    /s/ Bradley J. Sollars
                                                        Bradley J. Sollars (BS 3353)
                                                        COHEN, WEISS and SIMON LLP
                                                        330 West 42nd Street
                                                        New York, New York 10036
                                                        (212) 563-4100

                                                        Attorneys for Plaintiffs

00120239.DOC.1