UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
RECYCLING AND GENERAL INDUSTRIAL
UNION LOCAL 108 WELFARE FUND, by its
Trustees Michael Hellstrom, Joseph Bianco,
Kevin Walton, and Joseph LoVerde, and

RECYCLING AND GENERAL INDUSTRIAL
UNION LOCAL 108 PENSION FUND, by its           Civil Action No.
Trustees Michael Hellstrom, Joseph Bianco,     08-CV-02226
Kevin Walton, and Joseph LoVerde, and
                                               **NOTICE OF**
RECYCLING AND GENERAL INDUSTRIAL               **APPEARANCE**
UNION LOCAL 108 ANNUITY FUND, by its
Trustees Michael Hellstrom and
Joseph LoVerde,,

              Plaintiffs,

         -against-

TARRYTOWN R&T CORP.,

              Defendant.
-----------------------------------------------------------

The law firm of Goldberg and Weinberger LLP hereby appears as counsel for defendant, Tarrytown R&T Corp. in the above-referenced matter.

Dated: Redding, Connecticut
       April 9, 2008

                                               /s/ Lewis Goldberg
                                               Lewis Goldberg (LG0344)
                                               Goldberg and Weinberger LLP
                                               *Attorneys for Defendant Tarrytown*
                                               *R&T Corporation*
                                               56 Dayton Road
                                               Redding, Connecticut 06896
                                               Phone: (212) 938-2105
                                               Fax: (212) 938-2105