UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RECYCLING AND GENERAL INDUSTRIAL　　　　　:
UNION LOCAL 108 WELFARE FUND, by its　　　:
Trustees Michael Hellstrom, Joseph Bianco, Kevin :
Walton, and Joseph LoVerde, *et al*.,　　　　　　　:
　　　　　　　　　　　Plaintiffs,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　- against -　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
TARRYTOWN R&T CORP.,　　　　　　　　　　　: Civil Action No.
　　　　　　　　　　　　　　　　　　　　　　　　: 08-CV-02226 (RJS)
　　　　　　　　　　　Defendant.　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------------x

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of June, 2008 the original of Plaintiffs' Rule 26(f) disclosures and a copy of this certificate were placed in the U.S. Mail, postage prepaid, to: Lewis Goldberg, *Goldberg and Weinberger LLP*, 56 Dayton Road, Redding, Connecticut 06896, Attorney for Defendant, Tarrytown R&T Corp.

　　　　　　　　　　　　　　　　　　　　/s/ *Bradley J. Sollars*_____
　　　　　　　　　　　　　　　　　　　　Lisa M. Gomez (LG 7357)
　　　　　　　　　　　　　　　　　　　　Bradley J. Sollars (BS 3353)
　　　　　　　　　　　　　　　　　　　　COHEN, WEISS and SIMON LLP
　　　　　　　　　　　　　　　　　　　　330 West 42nd Street
　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　(212) 563-4100

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

00124718.DOC.1