UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/09

RECYCLING AND GENERAL INDUSTRIAL
UNION LOCAL 108 WELFARE FUND, *et al.*,

Plaintiffs,

-v-

TARRYTOWN, R&T CORP.,

Defendant.

No. 08 Civ. 2226 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated by the Court at the conference held before it on May 4, 2009, the Court grants Plaintiffs' motion for summary judgment as to all three causes of action, and denies Defendant's motion for summary judgment. The Parties are hereby ORDERED to submit a proposed judgment to the Court no later than Monday, May 18, 2009. Defendant is ordered to provide Plaintiffs' counsel with the requested remittance reports forthwith. The Clerk of the Court is directed to terminate the motions located at docket numbers 16 and 25.

SO ORDERED.

Dated:   May 4, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE